```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

| | |
|---|---|
| TERELLE LEE MATHEWS * | |
| Petitioner, * | |
| vs. * | CASE NO. 4:04-CV-12-3(CDL) |
| JAMES E. DONALD, Commissioner * of the Georgia Department of Corrections, * | |
| Respondent. * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 6, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 21st day of September, 2005.

                                              S/Clay D. Land
                                                  CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE